NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WALTER ATWELL,                                    )
                                                  )
        Appellant,                                )
                                                  )
v.                                                )          Case No. 2D18-3349
                                                  )
STATE OF FLORIDA,                                 )
                                                  )
        Appellee.                                 )
_____)

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Laura E. Ward,
Judge.

Walter Atwell, pro se.


PER CURIAM.


        Affirmed.  See Jones v. State, 569 So. 2d 1234 (Fla. 1990); Bizzell v.

State, 912 So. 2d 386 (Fla. 2d DCA 2005).



SILBERMAN, VILLANTI, and ATKINSON, JJ., Concur.